| US DISTRICT COURT | OF THE SOUTHERN DISTRICT OF NEW YORK | **AFFIDAVIT OF SERVICE** |
|---|---|---|
| COUNTY OF | | ATTORNEY: LOVETT |
| | | FF/INDEX #: 08 CIV. 1107 |
| LISA RANERI | | DATE FILED: 2/4/08 |
| | | DOCKET #: |

Plaintiff(s)/Petitioners(s)

- AGAINST -

JOHN McCAREY, INDIVIDUALLY, LOU CORDA, INDIVIDUALLY, AND THE
COUNTY OF ORANGE

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

## STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on 2/7/08 at 10:45 AM at 1887 COUNTY BUILDING
124 MAIN STREET, GOSHEN, NEW YORK 10924

deponent served the within **SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE ROBINSON & INSTRUCTIONS & PROCEDURES FOR ELECTRONIC FILING**

on **JOHN McCAREY, Individually** therein named

**SUITABLE AGE** ☑ By delivering a true copy thereof to and leaving with **KAREN COCHRANE, CO-WORKER** a person of suitable age and discretion, the said premises being the defendants - respondents

☐ dwelling place  ☑ place of business  ☐ last known address  within the State of New York

☐ AND AT THE SAME TIME PAYING IN ADVANCE THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

**FEMALE, BROWN SKIN, BLACK HAIR, 35-45 YRS., 5'4"-5'6", 165-180 LBS.**

Other identifying features:

**GLASSES**

**MAILING** ☑ Deponent completed said service under the last two sections by depositing a copy of the above named process in a postpaid properly addressed envelope in an official depositary under the exclusive card and custody of the United States Post Office in the State of New York, addressed to the defendant in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside of the envelope that the communication is from an attorney

Mailed on: 2/7/08

☐ at his last known residence  ☑ at his place of business  ☐ at his last known address

Address confirmed by:

**MILITARY SERVICE** ☑ I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: 2/7/08

_____
JOSEPH SHERLOCK

| JOHN GOULD | JOANN JOHNSON | KATHLEEN GOULD |
|---|---|---|
| NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK |
| QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY |
| COMMISION EXPIRES JULY 15, 20__ | COMMISION EXPIRES AUGUST 15, 20_10_ | COMMISION EXPIRES NOVEMBER 30, 20__ |
| 01G05013764 | 01J05031856 | 4632958 |

| | | |
|---|---|---|
| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK | | **AFFIDAVIT OF SERVICE** |
| COUNTY OF _____ | ATTORNEY: LOVETT | |
| | FF/INDEX #: | 08 CIV. 1107 |
| LISA RANERI | DATE FILED: 2/4/08 | |
| | DOCKET #: | |

Plaintiff(s)/Petitioners(s)

- AGAINST -

JOHN McCAREY, INDIVIDUALLY, LOU CORDA, INDIVIDUALLY, AND THE COUNTY OF ORANGE

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on **2/7/08** at **10:50 AM** at **ORANGE COUNTY GOVERNMENT CENTER 255-275 MAIN STREET, GOSHEN, NEW YORK 10924**

deponent served the within **SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE ROBINSON & INSTRUCTIONS & PROCEDURES FOR ELECTRONIC FILING**

on **LOU CORDA, Individually**   therein named

**SUITABLE AGE** [✓] By delivering a true copy thereof to and leaving with **MOLLY O'DONNELL, CO-WORKER** a person of suitable age and discretion, the said premises being the defendants - respondents

[ ] dwelling place   [✓] place of business   [ ] last known address   within the State of New York

[ ] AND AT THE SAME TIME PAYING IN ADVANCE   THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

**FEMALE, WHITE SKIN, BLONDE HAIR, 25-33 YRS., 5'4"-5'6", 110-120 LBS.**

Other identifying features:

**MAILING** [✓] Deponent completed said service under the last two sections by depositing a copy of the above named process in a postpaid properly addressed envelope in an official depository under the exclusive card and custody of the United States Post Office in the State of New York, addressed to the defendant in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside of the envelope that the communication is from an attorney

Mailed on: **2/7/08**

[ ] at his last known residence   [✓] at his place of business   [ ] at his last known address

Address confirmed by:

**MILITARY SERVICE** [✓] I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: **2/7/08**

_signature_ JOSEPH SHERLOCK

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_10_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958

| | |
|---|---|
| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK<br>COUNTY OF | **AFFIDAVIT OF SERVICE**<br>ATTORNEY: LOVETT<br>FF/INDEX #: 08 CIV. 1107<br>DATE FILED: 2/4/08<br>DOCKET #: |

LISA RANERI

Plaintiff(s)/Petitioners(s)

- AGAINST -

JOHN McCAREY, INDIVIDUALLY, LOU CORDA, INDIVIDUALLY, AND THE COUNTY OF ORANGE

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on 2/7/08 at 10:55 AM at ORANGE COUNTY GOVERNMENT CENTER
255-275 MAIN STREET, GOSHEN, NEW YORK 10924

deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE ROBINSON & INSTRUCTIONS & PROCEDURES FOR ELECTRONIC FILING

on THE COUNTY OF ORANGE
therein named

**CORPORATION** [✓] By delivering to and leaving with **MARY S. COLEMAN** so served to be the **DEPUTY CLERK**
and that he knew the person of the corporation, and authorized to accept service.

[ ] AND AT THE SAME TIME PAYING IN ADVANCE    THE AUTHORIZED FEE

**DESCRIPTION**    Deponent describes the individual served as follows:

FEMALE, WHITE SKIN, BLACK HAIR, 53-63 YRS., 5'-5'2", 135-145 LBS.

Other identifying features:

Sworn to before me on: 2/7/08

_____
JOSEPH SHERLOCK

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES AUGUST 15, 20_10_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES NOVEMBER 30, 20__
4632958